UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

**BISHOP,** *on behalf of herself and all others similarly situated*,

                      **Plaintiff,**

            v.

**USHA FOOD, INC.,**

                      **Defendant.**

-------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  8/26/2020

20-cv-02059 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby

**ORDERED** that the above-captioned action is hereby discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five days.

**SO ORDERED.**

**Dated: August 26, 2020**

      **New York, New York**

                                            */s/ Andrew L. Carter, Jr.*

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**